# BOHRER & LUKEMAN

COUNSELLORS AT LAW
5 Columbus Circle
Suite 1501
New York, NY 10019
Office (212) 406-4232
Telefax (212) 202-4440

MEMBERS NY AND NJ BAR
*Please Reply To:*
Abram I. Bohrer, Esq.
abe@flightinjury.com

NEW JERSEY OFFICE
354 Eisenhower Pkwy
Plaza 1, Second Floor
Livingston, NJ 07039

November 8, 2019

**Via ECF:**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*ADJOURNED TO MONDAY,*
*DECEMBER 16, 2019,*
*AT 4:30 PM.*
*SO ORDERED.*
*/s/ John G. Koeltl*
*11/8/19.*

Re: *Yvonne Kim v. Hawaiian Airlines, Inc. et al.*
Civil Action No.: 1:19-cv-06028-JGK

Dear Judge Koeltl:

We represent the Plaintiff in the above-referenced bodily injury action arising out of an incident which occurred aboard a commercial airline flight. Plaintiff alleges that her infant child suffered serious burns due to the negligence of the airline and one or more other passengers on-board the aircraft. The Court scheduled a Rule 16 initial case management conference for Monday, September 23, 2019, which the Court graciously adjourned to November 12, 2019, to allow for the service of two recently identified defendants, James and Laura Evans.

Since then, we sent a Letter to Mr. and Mrs. Evans requesting that they waive service, pursuant to Fed. R. Civ. P. 4(d). On November 7, 2019, we spoke with an attorney from Ahmuty, Demers, and McManus LLP, who was retained by Mr. and Mrs. Evans' insurance carrier. He said that his firm planned to enter its appearance on their behalf and informed us that Mr. and Mrs. Evans were residents of Westchester County, New York. Once counsel for Mr. and Mrs. Evans enters his appearance and formally confirms in writing that they reside in New York, we will promptly move to remand the action back to the New York Supreme Court for lack of complete diversity of citizenship.

For the foregoing reasons, Plaintiff respectfully requests that the initial case management conference now scheduled for November 12, 2019 be adjourned. I have conferred with counsel for Defendant Hawaiian Airlines, Inc. and they do not oppose this application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-12-19

Honorable John G. Koeltl
November 8, 2019
Page 2

    Your Honor's courtesies in this matter are sincerely appreciated.

                            Respectfully submitted,

                            BOHRER & LUKEMAN

                            *-s- David Zeitzoff*
            By: _____
                  Abram I. Bohrer, Esq. (AB4336)
                  David A. Zeitzoff, Esq. (DZ9036)

**Via ECF Filing:**
cc:    Oliver Beiersdorf, Esq.
       Gregory D. Speier, Esq.
       REED SMITH, LLP
       *Attorneys for Defendant*
       HAWAIIAN AIRLINES, INC.
       599 Lexington Avenue,
       New York, New York 10022
       (212) 521-5400

**Via E-mail:**
Carmine J. Carolei, Esq. (carmine.carolei@admlaw.com)
Thomas J. Colameo, Esq. (thomas.colameo@admlaw.com)
AHMUTY, DEMERS and MCMANUS LLP
1531 Route 82
Hopewell Junction, New York 12533
(845) 223-3470