200 I.U. WILLETS ROAD
ALBERTSON, NEW YORK 11507
(516) 294-5433

20 WEST MAIN STREET, SUITE 205
RIVERHEAD, NY 11901
(516) 535-1844

55 CHURCH STREET
SUITE 205
WHITE PLAINS, NEW YORK 10601
(914) 584-9934

# AHMUTY, DEMERS & McMANUS

ATTORNEYS AT LAW

1531 ROUTE 82

HOPEWELL JUNCTION, NEW YORK 12533

(845) 223-3470

FACSIMILE (845) 223-3287

199 WATER STREET, 16TH FLOOR
NEW YORK, NEW YORK 10038
(212) 513-7788

634 PLANK ROAD, SUITE 203 A
CLIFTON PARK, NEW YORK 12065
(518) 387-3604

65 MADISON AVENUE
SUITE 400
MORRISTOWN, NJ 07960
(973) 984-7300

November 26, 2019

**Via ECF E-filing**

Hon. John G. Koeltl
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

        Re:    Yvonne Kim v. James & Laura Evans
                Index No.        : 1:19-cv-06028-JGK
                Our File No.  : NGIC 147919 CJC

Dear Hon. Koeltl:

       I represent the defendants James & Laura Evans in this matter. I have filed a Notice of Appearance along with this correspondence.

       My clients are residents of the State of New York. The plaintiffs' Complaint indicates that they are residents of the State of New York. Further, Plaintiff's counsel has confirmed to me that his clients are residents of the State of New York.

       Given this information, I request that your Honor remand this matter to State Court.

       Your time and consideration are appreciated.

                                            Very truly yours,

                                            CARMINE J. CAROLEI
                                            (845) 223-3470, Ext. 6501
                                            carmine.carolei@admlaw.com

CJC:ar
Enc.

cc:

BOHRER & LUKEMAN
Attorneys for Plaintiff
5 Columbus Circle, Suite 1501
New York, NY  10019

Oliver Beiersdorf, Esq.
Gregory D. Speirer, Esq.
REED SMITH, LLP
Attorneys for Defendant
HAWAIIAN AIRLINES, INC.
599 Lexington Avenue
New York, NY  10022